August 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTINE E. REULE, Appellant

NO. 14-11-01002-CV                           V.

RLZ INVESTMENTS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, RLZ Investments, signed, November 14, 2011, was heard on the transcript of the record. We **VACATE** the trial court's judgment and **DISMISS** the case.

We order appellee, RLZ Investments, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.